IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MARSHALL GATES,

    Petitioner,                      No. CIV S-04-2632 MCE JFM P

    vs.

WARDEN MARSHALL,

    Respondent.                   ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed April 1, 2005, petitioner's original petition was dismissed pursuant to Rule 2(c), Rules Governing § 2254 Cases, for failure to specify the grounds for relief in his petition and petitioner was granted thirty days to file an amended petition. On April 29, 2005, petitioner filed an amended petition. The amended petition is essentially unintelligible. Good cause appearing, petitioner will be given one final opportunity to amend his petition to present claims for relief cognizable in this federal habeas corpus action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's amended petition for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

1

2. Any second amended petition must bear the case number assigned to this action and the title "Second Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

DATED: June 3, 2005.

UNITED STATES MAGISTRATE JUDGE

12/kf
gate2632.114sec