IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MARSHALL GATES,

    Petitioner,               No. CIV S-04-2632 MCE JFM P

    vs.

WARDEN MARSHALL,

    Respondent.             ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, filed a document in this action on September 15, 2005. The document is unintelligible. This petition for writ of habeas corpus was dismissed on September 1, 2005. The document filed by petitioner on September 15, 2005 will be disregarded and no orders will issue in response to future filings.

DATED: October 21, 2005.

                              UNITED STATES MAGISTRATE JUDGE

12
gate2632.158

1